RECEIVED

APR - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Jones | Civil Action No. 15-01816 |
| versus | Judge Rebecca F. Doherty |
| Louisiana, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Strike Amended Complaint filed by Phyllis Estillete [Rec. Doc. 44] be denied.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this __4__ day of __April__, 2016.

_____
Rebecca F. Doherty
United States District Judge