RECEIVED

JUL 2 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Jones | Civil Action No. 15-01816 |
| versus | Judge Rebecca F. Doherty |
| Louisiana, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion For Preliminary Instructive Relief Pending: Trial on Merits [Rec. Doc. 55] filed by Plaintiff, Wallace Jones, be DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 27 day of July, 2016.

Rebecca F. Doherty
United States District Judge